

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-209-CV

DAH D. SUEN                                                         APPELLANT

V.

BOYD, INC.                                                          APPELLEE

------------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Dah D. Suen attempts to appeal from the trial court's judgment signed March 9, 2009. Because Appellant timely filed a motion for new trial, his notice of appeal was due June 8, 2009, but the notice of appeal was not filed until July 1, 2009, which was untimely.[2]

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. R. App. P. 26.1(a)(1).

On July 14, 2009, we notified Appellant that his appeal was subject to dismissal for want of jurisdiction unless, by July 24, 2009, he filed a response showing grounds for continuing the appeal.[3]  No response has been filed. Accordingly, we dismiss this appeal for want of jurisdiction.[4]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 31, 2009

---

[3] *See* Tex. R. App. P. 42.3(a).

[4] *See* Tex. R. App. P. 42.3(a), 43.2(f).

2